IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THOMAS BROWN, | § | |
| | § | |
| Defendant Below, | § | No. 303, 2017 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID. 1111021773A & B |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: February 14, 2018
Decided: February 15, 2018

Before **STRINE**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

## **O R D E R**

This 15th day of February 2018, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in its opinion dated June 29, 2017.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *State v. Brown*, Cr. ID. 1111021773A & B (Del. Super. June 29, 2017).